DLM

Lisa S. Kantor, Esq. State Bar No. 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)
**Attorneys for Plaintiff,**
**SUZANNE GAGNE**

Laura Fannon, Esq. State Bar No. 11150
e-mail: fannon@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street
Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391 7808
**Attorneys for Defendants,**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY;**
**WAL-MART STORES, INC. LONG TERM DISABILITY PLAN**

CA 08 153 S

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE GAGNE,<br><br>Plaintiff,<br><br>VS.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WAL-MART STORES, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: CV 08-711 PA (JTLx)<br><br>[~~PROPOSED~~] ORDER TO TRANSFER VENUE TO THE DISTRICT COURT OF RHODE ISLAND |

I hereby attest and certify on 4/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By [signature] Deputy

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

0101

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1404(a), this matter shall be transferred from the Central District of California to the District Court of Rhode Island.

DATED:_April 22, 2008_

Percy Anderson
United States District Judge