(JTLx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00711-PA-JTL

Suzanne Gagne v. Hartford Life and Accident Insurance Company et al
Assigned to: Judge Percy Anderson
Referred to: Magistrate Judge Jennifer T. Lum
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 02/01/2008
Date Terminated: 04/28/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Suzanne Gagne**

represented by **Elizabeth K Green**
Kantor and Kantor LLP
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Email: egreen@kantorlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa S Kantor**
Kantor and Kantor
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Email: lkantor@kantorlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 4/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By ________ Deputy

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

0101

V.

**Defendant**

**Hartford Life and Accident Insurance Company**

CA 08 153

**Defendant**

**Wal-Mart Stores, Inc. Long Term Disability Plan**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | 1 | COMPLAINT against Defendants Hartford Life and Accident Insurance Company, Wal-Mart Stores, Inc. Long Term Disability Plan. (Filing fee $ 350 PAID.), filed by Plaintiff Suzanne Gagne. (et) Additional attachment |

| | | |
|---|---|---|
| | | (s) added on 2/7/2008 (lra, ). (Entered: 02/07/2008) |
| 02/01/2008 | | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Hartford Life and Accident Insurance Company, Wal-Mart Stores, Inc. Long Term Disability Plan. (et) (Entered: 02/07/2008) |
| 02/01/2008 | 2 | NOTICE of Interested Parties filed by Plaintiff Suzanne Gagne. (et) Additional attachment(s) added on 2/7/2008 (lra, ). (Entered: 02/07/2008) |
| 02/01/2008 | | FAX number for Attorney Elizabeth K Green, Lisa S Kantor is 818-350-6272. (et) (Entered: 02/07/2008) |
| 02/01/2008 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 02/07/2008) |
| 02/10/2008 | 4 | STANDING ORDER by Judge Percy Anderson, (kr) (Entered: 02/13/2008) |
| 02/19/2008 | 5 | PROOF OF SERVICE Executed by Plaintiff Suzanne Gagne, upon Wal-Mart Stores, Inc. Long Term Disability Plan served on 2/13/2008, answer due 3/4/2008. The Summons and Complaint were served by Certified Return Receipt service, by Federal statute, upon Jim Smith. Due Dilligence declaration not attached. Original Summons not returned. (Kantor, Lisa) (Entered: 02/19/2008) |
| 03/07/2008 | 6 | PROOF OF SERVICE Executed Suzanne Gagne, upon Hartford Life and Accident Insurance Company served on 2/6/2008, answer due 2/26/2008. The Summons and Complaint were served by Personal service service, by Federal statute, upon Becky DeGeorge, registered agent for service of process. Due Dilligence declaration not attched. Original Summons not returned. (Kantor, Lisa) (Entered: 03/07/2008) |
| 04/08/2008 | 7 | STIPULATION to Transfer Case to Rhode Island filed by Plaintiff Suzanne Gagne. (Attachments: # 1 [PROPOSED] ORDER TO TRANSFER VENUE)(Kantor, Lisa) (Entered: 04/08/2008) |
| 04/28/2008 | 8 | ORDER by Judge Percy Anderson upon Stipulation 7 transferring case pursuant to 28 U.S.C. Section 1404(a), to USDC, District of Rhode Island. Certified copies of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (gk) (Entered: 04/28/2008) |
| 04/28/2008 | 9 | TRANSMITTAL of documents - mailed certified copies of the Order transferring venue and civil docket sheet to the USDC, District of Rhode Island (Providence). Transferee court instructed to access our website through PACER for electronic filings. (gk) (Entered: 04/28/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/28/2008 10:49:01 | | | |
| **PACER** | | | |

| | | | |
|---|---|---|---|
| **Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00711-PA-JTL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |