UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

April 28, 2008

Clerk, United States District Court
District of Rhode Island
Federal Bldg and U. S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

CA 08 153 S

Re: Transfer of our Civil Case No. CV 08-00711 PA (JTLx)

Case Title: Suzanne Gagne v. Hartford Life and Accident Insurance Company

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

** Please use your Court's PACER account and password to access all electronically filed documents from our website http://ecf.cacd.uscourts.gov

By G. Kami (213) 894-0747
Deputy Clerk

cc: All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: ______________________.

Clerk, U.S. District Court

By ______________________
Deputy Clerk