UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUZANNE GAGNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-153-S |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WALMART STORES, INC. LONG TERM DISABILITY PLAN, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Mark A. Pogue, hereby enter my appearance for the defendants in the above-captioned action.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WALMART STORES, INC. LONG TERM DISABILITY PLAN,

By Their Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the 13th day of May, 2008 a copy of the foregoing Entry of Appearance was served by ECF to:

Elizabeth K. Green, Esq.
Lisa S. Kantor, Esq.
Kantor and Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324

/s/ Mark A. Pogue