UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUZANNE GAGNE | : | |
| Plaintiff | : | |
| | : | |
| vs | : | C.A. #08-153-s |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY | : | |
| WALMART STORES, INC. LONG | : | |
| TERM DISABILITY PLAN | : | |
| Defendants | : | |

**ENTRY OF APPEARANCE**

I, J. Scott Kilpatrick, hereby enter my appearance as co-counsel for the plaintiff in the above entitled action.

Suzanne Gagne
By her Attorney,

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day,

May 28, 2008.

Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
mpogue@eapdlaw.com

Elizabeth K. Green
Kantor and Kantor LLP
19839 Nordhoff Street
Northbridge, CA 91324
egreen@kantorlaw.net

Lisa S. Kantor
Kantor and Kantor LLP
19839 Nordhoff Street
Northbridge, CA 91324
lkantor@kantorlaw.net

/s/ J. Scott Kilpatrick